**CHRISTENSEN JAMES & MARTIN, CHTD.**
Wesley J. Smith (11871)
Kevin B. Archibald (13817)
Dylan J. Lawter (15947)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Email: wes@cjmlv.com, kba@cjmlv.com, djl@cjmlv.com
*Attorneys for Plaintiffs Board of Trustees of the Employee Painters' Trust, et al.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST; BOARD OF TRUSTEES OF THE DISTRICT COUNCIL 16 NORTHERN CALIFORNIA JOURNEYMAN AND APPRENTICE TRAINING TRUST FUND; BOARD OF TRUSTEES OF THE INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND; BOARD OF TRUSTEES OF THE PAINTERS AND ALLIED TRADES LABOR MANAGEMENT COOPERATION INITIATIVE; BOARD OF TRUSTEES OF THE FINISHING TRADES INSTITUTE; POLITICAL ACTION TOGETHER-POLITICAL COMMITTEE FUND; STAR PROGRAM, INC.; HOLIDAY AND VACATION FUND, <br><br> Plaintiffs, <br><br> vs. <br><br> J. E. SIMAS FLOORS, INC. d/b/a JE SIMAS FLOORS, a Nevada corporation; JAMES EDWARD SIMAS, an individual; TAYLOR SIMAS SAMMS, an individual; KAREN BETH FLEISCHMANN a/k/a KAREN B. FLEISCHMAN a/k/a KAREN B. FLEISHMAN, an individual; AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation; DOES I-X; ROES I-X, <br><br> Defendants. | CASE NO.: 2:24-cv-00589-APG-MDC <br><br> **STIPULATION TO ALLOW CERTAIN PARTY REPRESENTATIVES TO REMOTELY PARTICIPATE IN THE SETTLEMENT CONFERENCE/ EARLY NEUTRAL EVALUATION** <br><br> Conference Date: April 22, 2025 <br> Conference Time: 9:00 a.m. PDT <br><br> Settlement Judge: Maximiliano D. Couvillier, III |

The above-captioned Parties, each acting by and through their undersigned counsel, state the following:

-1-

## A. BACKGROUND

1. On January 21, 2025, the Parties filed a Joint Request for Judicial Settlement Conference and Stipulation and Order to Stay Proceedings (Fourth Request) [ECF No. 15].

2. On January 22, 2025, the Court entered a Minute Order in Chambers referring the matter to Judge Couvillier for scheduling a settlement conference [ECF No. 16].

3. Also on January 22, 2025, Judge Couvillier entered an Order Setting Mediation, which scheduled the Settlement Conference/Early Neutral Evaluation ("Mediation") for April 22, 2025 [ECF No. 18].

4. On April 8, 2025, the above-captioned Plaintiffs filed a Request for Certain Party Representatives to Remotely Participate in the Mediation [ECF No. 19] ("IUPAT Pension Fund Motion"), in which Plaintiffs requested that Judge Couvillier allow a representative of the International Painters and Allied Trades Industry Pension Fund ("IUPAT Pension Fund") to remotely appear and participate in the Mediation. Plaintiffs also confirmed that two Trustees and counsel for the Plaintiffs will appear at the Mediation in person.

5. On April 15, 2025, Judge Couvillier entered a Minute Order in Chambers directing Plaintiffs to confer with Defendants regarding its Motion and for the Parties to file a Stipulation agreeing to the remote appearance requested therein or for Defendants to file an opposition to the Motion [ECF No. 20].

6. Also on April 15, 2025, Defendants filed a Remote Appearance Request ("ACIC Motion") for American Contractors Indemnity Company ("ACIC") [ECF No. 21], in which Defendants requested that Judge Couvillier allow a representative of ACIC to remotely appear and participate in the Mediation.

7. On April 16, 2025, Judge Couvillier entered a Minute Order in Chambers denying the IUPAT Fund Motion and the ACIC Motion and directing that the Parties file a Stipulation by 5pm, April 17, 2025, for the IUPAT Pension Fund and ACIC representatives to remotely appear and participate in the mediation [ECF No. 22].

8. On April 16, 2025, counsel for the Parties held a telephonic meet and confer

wherein Defendants requested a stipulation to allow for the remote appearance and participation of Defendant Taylor Simas Samms. Plaintiffs agreed to include Defendant Taylor Simas Samms ("Ms. Samms") in this Stipulation for her remote appearance and participation in the Mediation, so long as Ms. Samms will meaningfully participate at the Mediation in real time.

**B.    STIPULATION**

The Parties respectfully request that Judge Couvillier grant this Stipulation and allow Taylor Simas Samms, and the IUPAT Pension Fund and ACIC representatives to remotely appear and participate in the Mediation.

| CHRISTENSEN JAMES & MARTIN, CHTD. | SIERRA CREST BUSINESS LAW GROUP |
|---|---|
| By:    /s/ Kevin B. Archibald<br>Kevin B. Archibald, Esq.<br>NV Bar No. 13817<br>7440 W. Sahara Avenue<br>Las Vegas, Nevada 89117<br>Tel: (702) 255-1718<br>Fax: (702) 255-0871<br>Email: kba@cjmlv.com<br>*Counsel for Plaintiffs* | By:    /s/ Alison R. Kertis<br>Alison R. Kertis, Esq.<br>NV Bar No. 13875<br>6770 S. McCarran, 1st Floor<br>Reno, NV 89509<br>Tel: (775) 448-6070<br>Fax: (888) 506-9058<br>Email: akertis@sierracrestlaw.com<br>*Counsel for the Defendants* |
| DATED:  April 16, 2025 | DATED:  April 16, 2025 |

**IT IS SO ORDERED:**

Counsel for the parties are responsible for arranging the remote audio-video participation of Taylor Simas Samms, and the IUPAT Pension Fund and ACIC representatives at the settlement conference.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
DATED: 4/16/2025