**CHRISTENSEN JAMES & MARTIN, CHTD.**
Wesley J. Smith (11871)
Kevin B. Archibald (13817)
Dylan J. Lawter (15947)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Email: wes@cjmlv.com, kba@cjmlv.com, djl@cjmlv.com
*Attorneys for Plaintiffs Board of Trustees of the Employee Painters' Trust, et al.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

* * * * *

| | |
|---|---|
| BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST; BOARD OF TRUSTEES OF THE DISTRICT COUNCIL 16 NORTHERN CALIFORNIA JOURNEYMAN AND APPRENTICE TRAINING TRUST FUND; BOARD OF TRUSTEES OF THE INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND; BOARD OF TRUSTEES OF THE PAINTERS AND ALLIED TRADES LABOR MANAGEMENT COOPERATION INITIATIVE; BOARD OF TRUSTEES OF THE FINISHING TRADES INSTITUTE; POLITICAL ACTION TOGETHER-POLITICAL COMMITTEE FUND; STAR PROGRAM, INC.; HOLIDAY AND VACATION FUND, <br><br> Plaintiffs, <br><br> vs. <br><br> J. E. SIMAS FLOORS, INC. d/b/a JE SIMAS FLOORS, a Nevada corporation; JAMES EDWARD SIMAS, an individual; TAYLOR SIMAS SAMMS, an individual; KAREN BETH FLEISCHMANN a/k/a KAREN B. FLEISCHMAN a/k/a KAREN B. FLEISHMAN, an individual; AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation; DOES I-X; ROES I-X, <br><br> Defendants. | CASE NO.:  2:24-cv-00589-APG-MDC <br><br> **STIPULATION OF DISMISSAL** |

-1-

## STIPULATION OF DISMISSAL

The above-captioned Parties, each acting by and through their undersigned counsel, state the following:

**A.    BACKGROUND**

1. On January 21, 2025, the Parties filed a Joint Request for Judicial Settlement Conference and Stipulation and Order to Stay Proceedings (Fourth Request) [ECF No. 15].

2. On January 22, 2025, the Court entered a Minute Order in Chambers referring the matter to Judge Couvillier for scheduling a settlement conference [ECF No. 16].

3. Also on January 22, 2025, Judge Couvillier entered an Order Setting Mediation, which scheduled the Settlement Conference/Early Neutral Evaluation ("Mediation") for April 22, 2025 [ECF No. 18].

4. The Mediation was held before Judge Couvillier on April 22, 2025, during which the Parties reached a settlement, and the Parties were ordered to file a proposed Stipulation and Order for Dismissal with 60 Days of the Order [ECF No. 25].

5. The Parties entered into a Settlement Agreement effective April 22, 2025, and the Settlement Payment required thereunder was remitted to Plaintiffs through its counsel on June 19, 2025.

/ / /

/ / /

**B.  STIPULATION**

The Parties respectfully request that this Case be dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), each party to bear its own fees and costs except as may be otherwise set forth in the Settlement Agreement.

| CHRISTENSEN JAMES & MARTIN, CHTD. | SIERRA CREST BUSINESS LAW GROUP |
|---|---|
| By: */s/ Kevin B. Archibald* <br> Kevin B. Archibald, Esq. <br> NV Bar No. 13817 <br> 7440 W. Sahara Avenue <br> Las Vegas, Nevada 89117 <br> Tel: (702) 255-1718 <br> Fax: (702) 255-0871 <br> Email: kba@cjmlv.com <br> *Counsel for Plaintiffs* | By: */s/ Alison R. Kertis* <br> Alison R. Kertis, Esq. <br> NV Bar No. 13875 <br> 6770 S. McCarran, 1st Floor <br> Reno, NV 89509 <br> Tel: (775) 448-6070 <br> Fax: (888) 506-9058 <br> Email: akertis@sierracrestlaw.com <br> *Counsel for the Defendants* |
| DATED:  June 20, 2025 | DATED:  June 20, 2025 |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: June 23, 2025

-3-